# UNITED STATES DISTRICT COURT

for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| A brown cardboard shipping box bearing tracking number 9468 1112 0621 7551 3981 44 as described in Attachment A | ) ) ) ) |

Case No. **2:24-MJ-00013**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

*See Attachment A*

located in the Central District of California, there is now concealed:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Conspiracy to distribute or possess with intent to distribute a controlled substance |
| 21 U.S.C. Section 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. Section 843(b) | Unlawful use of communication facility to facilitate distribution of a controlled substance |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of_____days (*give exact ending date if more than 30 days:*_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Jolisia Bennett*
_____
*Applicant's signature*

U.S. Postal Inspector Jolisia Bennett
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Los Angeles, CA</u>

Hon. Karen Stevenson, U.S. Magistrate Judge
_____
*Printed Name and title*

AUSA: Haoxiaohan Cai (x0762)

## **Attachment A**

PARCEL TO BE SEARCHED

The following United States Postal Service Priority Mail parcel (the "SUBJECT PARCEL"), seized from the mail stream on December 20, 2023, and is currently in the possession of the United States Postal Inspection Service in the City of Los Angeles, California:

a.   The SUBJECT PARCEL is a brown cardboard shipping box bearing tracking number 9468 1112 0621 7551 3981 44. The SUBJECT PARCEL is addressed to "CODY SUMBER, 2228 MEADOWVALE AVE, LOS ANGELES, CA 90031-1109."  The listed return address on the SUBJECT PARCEL is "NC Fulfillment Center, 648 S 200 W, SALT LAKE CTY, UT, 84101-2705."  The SUBJECT PARCEL's marked weight is 5 pounds, 0 ounce. The SUBJECT PARCEL was paid with $7.12 in prepaid US postage and fees and postmarked on December 18,2023, in Salt Lake City, Utah.

## **ATTACHMENT B**

ITEMS TO BE SEIZED

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

a.   Any controlled substances, including marijuana;

b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

c.   Any associated packaging.

**AFFIDAVIT**

I, Jolisia Bennett, being duly sworn, declare and state as follows:

**I. PURPOSE OF AFFIDAVIT**

1.   I make this affidavit in support of an application for a warrant to search the following United States Postal Service Priority Mail Parcel currently in the custody of the United States Postal Inspection Service, in the City of Los Angeles, within the Central District of California ("the SUBJECT PARCEL"), as described more fully in Attachment A:

a.   The SUBJECT PARCEL is a brown cardboard shipping box bearing tracking number 9468 1112 0621 7551 3981 44. The SUBJECT PARCEL is addressed to "CODY SUMBER, 2228 MEADOWVALE AVE, LOS ANGELES, CA 90031-1109." The listed return address on the SUBJECT PARCEL is "NC Fulfillment Center, 648 S 200 W, SALT LAKE CTY, UT, 84101-2705." The SUBJECT PARCEL's marked weight is 5 pounds, 0 ounce. The SUBJECT PARCEL was paid with $7.12 in prepaid US postage and fees and postmarked on December 18, 2023, in Salt Lake City, Utah.

2.   The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of

a controlled substance), as described more fully in Attachment B.  Attachments A and B are incorporated by reference herein.

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. <u>BACKGROUND, TRAINING, AND EXPERIENCE</u>

4.    I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since August 2021. I am currently assigned to the USPIS Los Angeles Division, Contraband Interdiction and Investigations ("CI2") team. The CI2 team is responsible for investigating drug trafficking violations, including those covered under Title 21 of the United States Code (Controlled Substances) involving the United States Mail. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have completed a 16-week basic training course in Potomac, Maryland, which included training in the investigation of drug trafficking via

the United States Mail. The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, Section 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking, and identity theft involving the United States Mail.

    5.   Through my training, experience, and discussion with fellow United States Postal Inspectors, I am familiar with the various methods of smuggling and trafficking narcotics and the proceeds from the sale of such substances. including the manufacturing, storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotics trafficking, and money laundering. I am also familiar with the way narcotics traffickers transport and distribute narcotics in areas they control, including through the use of the United States Mail.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

    5. In 2023, after intercepting five USPS parcels containing narcotics which TruNarc tested positive for fentanyl, methamphetamine, and cocaine, USPS determined that Cody SUMBER ("C. SUMBER") had personally mailed four of the parcels mailed in September 2023, and was associated with an earlier mailing of another intercepted parcel mailed in June 2023. Postal Inspectors placed a watch on any parcels addressed to C. SUMBER at his residence at 2228 Meadowvale Avenue, Los Angeles, CA

90031 (the "Meadowvale Address").  On December 19, 2023, USPIS
found the SUBJECT PARCEL in the mail stream addressed to C.
SUMBER at the Meadowvale Address, and thereafter, a trained
narcotic detecting dog positively alerted to the SUBJECT PARCEL.

### IV. STATEMENT OF PROBABLE CAUSE

**A.    The JUNE PARCEL Is Mailed By A Co-Conspirator, Dropped Off By Sedan Consistent with C. SUMBER's Audi**

6.    The United States Postal Inspection Service (USPIS) is
investigating subjects who are distributing fentanyl using the
United States mail stream, constituting violations of 21 U.S.C.
§ 841 and 21 U.S.C. § 846.

7.    Specifically, on July 3, 2023, I was advised of a
suspicious parcel, i.e., a Priority Mail Express package, paid
for on June 23, 2023, bearing tracking label Express 9470 1092
0556 8734 5990 67 (the "JUNE PARCEL") that had been returned to
sender.[1]  Specifically, I learned from another postal employee
that the JUNE PARCEL was returned to sender, and that the
resident at the sender address received it, opened it, and
returned it to the mail carrier upon discovering that the
contents did not belong to him. The mail carrier returned the
SUBJECT PARCEL and its contents to the post office.

8.    On July 11, 2023, Postal Inspectors opened the JUNE
PARCEL, which contained a Priority Mail Express flat rate
envelope, black bubble mailer, and a clear, vacuum-sealed bag

---

[1] The parcel was addressed to "CURRENT RESIDENT" at 2929
Post Street, Jacksonville, Florida, 32205-7437, and had a
sending address of "MIGHTY WIRELESS" at 239 E 5th Street, #60,
Los Angeles 90013.  Mighty Wireless is a real business which,
according to an open-source search, sells wholesale cellphone
accessories.

4

with a white powdery substance, which substance weighs approximately 24.5 grams.  TRUNARC field testing confirmed it was fentanyl.  Further investigation revealed that the JUNE PARCEL's tracking label was created through a Pitney Bowes postage meter licensed to an entity called Pirate Ship, LLC and that Pirate Ship, LLC has used the Pitney Bowes meter to ship at least four other parcels.

9.   I used departmental resources to trace the JUNE PARCEL and found that it was mailed on June 23, 2023, from the Contract Postal Unit ("CPU") in Chinatown, Los Angeles. I reviewed surveillance from the CPU for the relevant time and saw the suspected mailer observed entering the CPU carrying a USPS tub filled with prepackaged parcels. The mailer, an unknown female, or "UF," was a fair skinned female, medium length black hair in a ponytail, black t-shirt, long dark colored skirt with horizontal white lines, what appeared to be a brown handbag, and a dark colored eyepatch over one eye.

10.  I also reviewed surveillance footage around that same time from a nearby business, Western Plus Dragon Gate Inn (the "HOTEL"), located at 818 North Hill Street, Los Angeles, CA 90012.  The UF is observed exiting a dark colored sedan, which dropped off the UF and then drove off.  As discussed more below, this car is believed to be the same car that C. SUMBER drove to the same CPU in September 2023 to drop off additional parcels containing drugs.



**B.   C. SUMBER Mails Four Drug Parcels at the Same CPU, Using His Black Audi in September 2023**

11.   On October 12, 2023, I executed a federal search warrant for four additional parcels, i.e., SEPTEMBER PARCLES 1-4, ("SEPTEMBER PARCELS"), which entered the mail stream in September 2023, which bore the same Pitney Bowes metered account number indicating they were all shipped by the same account number as the JUNE PARCEL.

12.   On October 11, 2023, the Honorable Brianna Mircheff, U.S. Magistrate Judge, signed a search warrant for the SEPTEMBER PARCELS, Case No. 23-MJ-05248.

13.   Inspectors opened SEPTEMBER PARCEL 1, which was a Priority Mail envelope, inside were approximately four grams of suspected fentanyl pills, approximately 39 grams of a substance that TruNarc field tested for methamphetamine, and approximately 15 grams of a substance that TruNarc field tested for fentanyl.

14.  SEPTEMBER PARCEL 2, which was a Priority Mail envelope, contained approximately seven grams of a substance which TruNarc field tested cocaine. SEPTEMBER PARCEL 3, which was a Priority Mail Express envelope, contained approximately eight grams of a substance that TruNarc field tested for fentanyl. SUBJECT PARCEL 4, which was a Priority Mail Express envelope, contained approximately 19 grams of a substance that TruNarc field tested for fentanyl and approximately 16 grams of a substance that TruNarc field tested for methamphetamine.

15.  I reviewed surveillance footage from the CPU and the HOTEL near the time that USPS databases show that the SEPTEMBER PARCELS were first introduced into the mail stream.

16.  Surveillance showed the suspected mailer, later identified as C. SUMBER, wearing what appeared to be a white t-shirt, light colored shorts, a dark-colored buzzed cut, a black face mask, and glasses on the top of his head, carrying a large brown box.  The suspect got out of a black sedan with tinted windows, and a silver-colored trim around the windows, later identified as C. SUMBER's Audi.

17.  The suspected mailer entered the CPU, sat the brown cardboard box down, and removed from that box, a United States Postal Service ("USPS") tub filled with what appeared to be prepackaged parcels.  The suspected mailer left several parcels in the USPS tub, which a clerk at the CPU processed for shipping; the suspected mailer also took some other parcels out of the USPS tub and took them away from the CPU in the cardboard box, without shipping them.  The suspected mailer left the CPU

carrying the cardboard box, and eventually entered the driver's seat of the black sedan.

18. The below are screengrabs from surveillance footage from the HOTEL near the CPU, showing the suspected mailer carrying the brown cardboard box, and the black sedan he used as transport.





//
//

19.  I also obtained surveillance footage from a nearby business to the CPU during this timeframe.  This included footage when the mailer pulled down his mask, as shown below. My agency conducted a facial recognition search using screengrabs from the surveillance footage and an open-source search of social media platforms, and identified the suspected mailer as Cody SUMBER of Los Angeles, California.



20.  A query of Department of Motor Vehicle ("DMV") records revealed that a black 2018 Audi bearing California license plate number 8VWP075 and vehicle identification number WAUTNAF56JA024898 as registered to C. SUMBER ("C. SUMBER's Audi").  As in-person surveillance would later confirm, this

vehicle closely resembles the vehicle used during the JUNE
PARCEL and SEPTEMBER PARCELS mailings.

**C.   Surveillance of C. SUMBER at the Meadowvale Address**

21.   I queried law enforcement and USPS departmental
databases and found that C. SUMBER was associated with the
address 2228 Meadowvale Avenue, Los Angeles, CA 90031.

22.   On December 12,2023, I conducted surveillance in the
area of 2228 Meadowvale Avenue and observed C. SUMBER's Audi
parked outside. The car did not have a front license plate which
is similar to the car observed at the time of the JUNE PARCEL
and SEPTEMBER PARCELS mailings.





23.   On December 13, 2023, members of the California
Department of Justice and I conducted surveillance at the
Meadowvale Address.  C. SUMBER was observed exiting the house at
that address, with a blonde hair female, later identified as
Ashley Sumber ("A. SUMBER") and with what appeared to be a
backpack.  Both C. SUMBER and A. SUMBER got into C. SUMBER's
Audi, with C. SUMBER in the driver's seat.  Agents followed C.
SUMBER until he came to a stop at a public parking lot -- during
this drive from his residence, he was driving erratically and at
a high speed.  Agents observed A. SUMBER exit the Audi and get
into a parked black Range Rover bearing license plate "8XGD302,"
which is registered to A. SUMBER.

24.   After dropping A. SUMBER off, C. SUMBER drove a short
distance to the "TOY DISTRICT PUBLIC PARKING" structure located
at 450 Wall Street, Los Angeles, CA 90013, again, displaying
erratic and high speed driving, including turning on one turn
signal but going the other way.  I observed the business MIGHTY
WIRELESS located at 239 East 5th St., Los Angeles, CA 90013 (this
business address was used on several seized packages containing
narcotics) just a short distance from the public parking
structure. Agents surveilled inside the Mighty Wireless business
and several others in the location in an attempt to locate
SUMBER. Agents did not spot SUMBER. After approximately 30
minutes, the AUDI was spotted leaving the TOY DISTRICT PUBLIC
PARKING and stop briefly at what appeared to be a packaging and
supplies business located at 231 East 4th Street, Los Angeles, CA
90013.

25.   Agents continued to surveille C. SUMBER for a short distance until deciding to call it off due to C. SUMBER's erratic driving.

**D.    THE SUBJECT PARCEL Seized December 2023**

26.   Due to C. SUMBER's connection to several seized parcels containing narcotics related to the dark web. I placed a watch on the Meadowvale Address for any parcels addressed to C. SUMBER.  The SUBJECT PARCEL was observed in the mail stream on or about December 19, 2023, addressed to C. SUMBER at the Meadowvale Address.

27.   On December 20, 2023, the parcel was seized from the mail stream for further investigation and currently in the possession of the United States Postal Inspection Service in the City of Los Angeles, California.

**E.    CLEAR Database Check**

28.   On or about December 19, 2023, I used a law enforcement database, CLEAR[2], to search for information on the listed sender and recipient on the SUBJECT PARCEL.

29.   Using CLEAR, I determined the following:[3]

a.    The return address listed on the SUJECT PARCEL--- "648 S 200 W, Salt Lake City, UT 84101-2705"--- appears to be a legitimate address. The listed sender name --- "NC Fulfillment Center" --- appears not to be associated with the address.

---

[2] CLEAR is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

[3] Spelling and capitalization are reproduced herein as on the SUBJECT PARCEL.

Based on my training and experience, narcotics traffickers who use the U.S. mails will use fictitious sender names.

       b.   The recipient address listed on the SUBJECT PARCEL --- "2228 MEADOWVALE AVE, LOS ANGELES, CA 90031-1109" --- appears to be a legitimate address. The listed recipient name --- "CODY SUMBER" --- is associated with that address.

      **F.   Positive Canine Alert on the SUBJECT PARCEL**

30.  On December 20, 2023, Los Angeles Police Department Officer Pablo Soto and his trained narcotics-detection dog, "Jag," conducted an exterior examination of the SUBJECT PARCEL.

31.  I was present when Officer Soto and "Jag" examined the SUBJECT PARCEL. At the time, Officer Soto informed me that "Jag" positively alerted to the SUBJECT PARCEL, indicating the presence of drugs or other items such as the proceeds from the sale of drugs, which have been recently contaminated by or associated with the odor of drugs. Attached hereto as **Exhibit 1** and incorporated by reference is a true and correct copy of an affidavit from Officer Soto. In this affidavit, Officer Soto describes his training and experience with drug-detection dogs. He also affirms that "Jag" is a certified drug-detection dog.

//

//

//

//

//

//

## V.  <u>CONCLUSION</u>

32.  For the reasons above, there is probable cause to believe that SUBJECT PARCEL, as described in Attachment A, contains evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 846 (conspiracy to distribute and possess with intent to distribute a controlled substance), and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
January 2024.


_____
HONORABLE KAREN STEVENSON
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

1   I, Officer Pablo Soto, Serial number 35876 (Your Affiant), have

2   been employed with the Los Angeles Police Department since

3   October 23, 2000.  I am currently assigned to Gang and Narcotics

4   Division, K-9 Squad.  I have received formal training at the Los

5   Angeles Police Academy in the identification, recognition, and

6   various methods of packaging of narcotics including heroin,

7   phencyclidine, cocaine, cocaine base, methamphetamine and

8   marijuana.  I have attended the Los Angeles Police Department 40

9   Hour/ five-day narcotic school where I received formal training

10  on identification, recognition, methods of packaging, ingestion

11  and sales of illegal narcotics including heroin, phencyclidine,

12  cocaine, cocaine base, methamphetamine, ecstasy, opium,

13  marijuana, various pills and designer drugs.  I have also

14  received training by the Los Angeles City Attorney for 11532

15  H/S, loitering for the purposes of sales or purchasing

16  narcotics.

17

18  As a Police Officer, I have worked Southwest Gang Enforcement

19  Detail, Operations South Bureau Gang Enforcement Detail,

20  Southwest Narcotic Enforcement Detail, Olympic Vice and Newton

21  Narcotic Enforcement Detail.  During this time, I have assisted

22  Southwest Narcotics Detail, South Bureau Violent Crime Task

23  Force as well as Newton Narcotics Enforcement Detail with

24  approximately 150 search warrant investigations.  As a Police

25  Officer I have been directly involved in over 1,000

26  investigations and or arrests of persons involved in the sale,

27  possession for sale and possession of controlled substances.  My

28  prior assignments dealt primarily with the apprehension of

29  narcotics dealers and users.  I have worked with other narcotics

30  experts with whom I have discussed the various aspects of sales,

31  packaging and transportation of narcotics by narcotics dealers.

32  I have participated in the seizure of cocaine, cocaine base,

33  marijuana, methamphetamine, ecstasy, fentanyl and other

34  controlled substances.  I have authored several search warrants

35  and have testified in several occasions in Superior Court in the

36  County of Los Angeles as a narcotics expert.

37

38  I am currently a member of NPCA (National Police Canine

39  Association). In June of 2022, I was assigned to the Gang and

40  Narcotics Division, K-9 Squad. On June 5th, 2022, I assumed the

41  responsibility of canine "Jag" #K9-330, an LAPD narcotics

42  detection canine.  My responsibilities consist of the care,

43  training and handling of the canine.  "Jag" has received over

44  (870) hours of training, during which time he has successfully

45  found over (2,380) training aids, which consists of actual

46  narcotics.  "Jag" alerts on the scent of narcotics, in which he

47  is imprinted on.  His alert consists of physical and behavioral

48  reactions, which includes a heightened emotional state in which

49    he focuses (stares) on the source of the scent and he becomes

50    very possessive of the area. "Jag" will positively alert his

51    handler to the scent of heroin, cocaine (Base and Powder), and

52    methamphetamine.

53

54    "Jag" and I certified by the National Police Canine Association

55    on August 9th, 2022.

56

57    On December 20, 2023, I responded to a request for a narcotic

58    detection canine for a parcel sniff at 1055 N Vignes Street, Los

59    Angeles, CA 90012.  At Approximately 7:00 AM, "Jag" alerted to

60    the presence of narcotics odor on or in the below listed

61    referenced parcel:

62

63    USPS Tracking Number-    9468-1112-0621-7551-3981-44

64

65    I declare under the penalty of perjury that all the above is

66    true and correct.  Executed at 8:15 AM on the 20th day of

67    December in Los Angeles County.

68

69    _____

70    Officer Pablo Soto #35876

71    //

72    //