AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

```
FILED
CLERK, U.S. DISTRICT COURT
1/2/2024
CENTRAL DISTRICT OF CALIFORNIA
BY:        TV         DEPUTY
```

In the Matter of the Search of )
)
A brown cardboard shipping box bearing tracking ) Case No. **2:24-MJ-00013**
number 9468 1112 0621 7551 3981 44 as described )
in Attachment A )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    January 2, 2024, 12:21 p.m.                          *Judge's signature* (signed) Karen L. Stevenson

City and state:    Los Angeles, CA                              Hon. Karen Stevenson, U.S. Magistrate Judge
                                                                *Printed Name and title*

AUSA: Haoxiaohan Cai (x0762)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:24-MJ-00013 | 01/02/2024, 15:07 | USPIS |

Inventory made in the presence of:
Postal Inspector Jolisia Bennett and Rex Castro

Inventory of the property taken and name of any person(s) seized:

Nothing was seized

Package and contents returned to mail stream

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/02/2024

*Jolisia Bennett*
*Executing officer's signature*

Jolisia Bennett, Postal Inspector
*Printed name and title*

**Attachment A**

PARCEL TO BE SEARCHED

The following United States Postal Service Priority Mail parcel (the "SUBJECT PARCEL"), seized from the mail stream on December 20, 2023, and is currently in the possession of the United States Postal Inspection Service in the City of Los Angeles, California:

a.   The SUBJECT PARCEL is a brown cardboard shipping box bearing tracking number 9468 1112 0621 7551 3981 44. The SUBJECT PARCEL is addressed to "CODY SUMBER, 2228 MEADOWVALE AVE, LOS ANGELES, CA 90031-1109."  The listed return address on the SUBJECT PARCEL is "NC Fulfillment Center, 648 S 200 W, SALT LAKE CTY, UT, 84101-2705."  The SUBJECT PARCEL's marked weight is 5 pounds, 0 ounce. The SUBJECT PARCEL was paid with $7.12 in prepaid US postage and fees and postmarked on December 18,2023, in Salt Lake City, Utah.

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.   Any associated packaging.